```
                                                              CLERK'S OFFICE U.S. DIST. COURT
                                                                    AT ROANOKE, VA
                                                                         FILED

                                                                     JUL 20 2006
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF VIRGINIA              JOHN F. CORCORAN, CLERK
                  ROANOKE DIVISION                       BY:
                                                               DEPUTY CLERK
```

BENJAMIN A. LUCCIOLA, )
    Petitioner, ) Civil Action No. 7:06-cv-00432
)
v. ) **FINAL ORDER**
)
COMMONWEALTH OF VIRGINIA, )
**et al.,** ) By: Hon. James C. Turk
    Respondent. ) Senior United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition for habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is

**DISMISSED** without prejudice, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 20th day of July, 2006.

                              /s/ James C. Turk
                           Senior United States District Judge